# United States Court of Appeals
## For the First Circuit

---

No. 02-2223

FRANCES STONKUS,

Plaintiff, Appellant,

v.

CITY OF BROCKTON SCHOOL DEPARTMENT; RICHARD E. ZOINO;
ANTONIO M. CABRAL,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this court issued on March 14, 2003, is amended as follows:

Page 5, lines 7-8: "August 15, 2001" should be "August 15, 2002"